IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------------------------------------X
DATA CAPTURE SOLUTIONS –               :
REPAIR & REMARKETING, INC.,            :
                                       :
              Plaintiff,               :   Docket No. 07-CV-237 (JCH)
                                       :
       v.                              :
                                       :   July 31, 2009
SYMBOL TECHNOLOGIES, INC.,             :
                                       :
              Defendant.               :
                                       :
----------------------------------------------------------------X
```

## STIPULATION AND ORDER
## OF DISMISSAL WITH PREJUDICE

WHEREAS Symbol Technologies, Inc. ("Symbol") filed an action against Data Capture Solutions – Repair & Remarketing, Inc. ("DCS") in the United States District Court for the Eastern District of New York, which was transferred to the Court by Stipulation and Order of the Parties and assigned Docket No. 07-CV-610 (JCH) (the "Symbol Action"); and

WHEREAS the Symbol Action was subsequently consolidated with an action that DCS had filed against Symbol in this Court, (the "DCS Action") and the parties were instructed by the Court to submit all pleadings under the Docket Number assigned to the DCS Action, 07-CV-237 (JCH); and

WHEREAS the parties have resolved both actions;

IT IS HEREBY STIPULATED AND AGREED that

   1.   Symbol's Complaint in 07-CV-610 (JCH) shall be, and the same hereby is, dismissed in its entirety, with prejudice;

   2.   DCS's Counterclaims in 07-CV-610 (JCH) shall be, and the same hereby are, dismissed in their entirety, with prejudice;

3. DCS's Complaint in 07-CV-237(JCH) shall be, and the same hereby is, dismissed in its entirety, with prejudice; and

4. Each party shall bear its own attorneys' fees and costs.

| By: | /s/ [David S. Golub] | By: | /s/ [Eric J. Lobenfeld] |
|---|---|---|---|

David S. Golub, Esq. ct 00145
Jonathan Levine, Esq.
SILVER, GOLUB & TEITELL LLP
P.O. BOX 398
184 Atlantic Street
Stamford, CT 06904
Tel: (203) 325-4491
Fax: (203) 325-3769

and

Eliot B. Gersten, Esq. ct05213
GERSTEN, CLIFFORD & ROME LLP
214 Main Street
Hartford, CT 06106
(860) 527-7044

*Attorneys for
Data Capture Solutions
Repair & Remarketing, Inc.*

Eric J. Lobenfeld, Esq. (ct03312)
Bart G. Van de Weghe, Esq. (phv02766)
Nicole Civita, Esq. (phv02780)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel.: (212) 918-3000
Fax: (212) 918-3100

and

Hugh F. Keefe (ct05106)
LYNCH, TRAUB, KEEFE & ERRANTE
52 Trumbull Street, P.O. Box 1612
New Haven, Connecticut 06506
(203) 787-0275

*Attorneys for
Symbol Technologies, Inc.*

SO ORDERED this _____ day of _____, 2009

_____
UNITED STATES DISTRICT JUDGE

\\NY - 030629/000027 - 1153018 v1